# Progress Note Report

**For Client ID:** 167,946 - Byers, Charles
*For Recorded Service Dates of :* 07/05/2023 - 07/06/2023

09/04/2023
4:42 pm

| | | | |
|---|---|---|---|
| **Date/Time:** | 07/05/2023  11:34PM | **Duration:** | 60 |
| **Service:** | RBHA Prescreen | **Service Status:** | ECO |
| **Delivery Method:** | Individual Present | | |
| **Electronically Signed by:** | Sauder, Julia, LCSW | | |
| **Provider OID:** | 67D0864D5B104C93BBC6C8F80225D1A6 | | 07/05/2023 |

**Narrative:**

Lt. Waite from RPD called to say he had to put this client on an ECO after he wandered away from the waiting room. It is not exactly like he was trying to leave the hospital because he walked past two exits and was found deep in the halls of the hospital.  It appears that he gets confused.
The interview took place face to face and I spoke with his mom and dad on the  phone.
Charles was asleep when I arrived but he did wake up to talk to me but it was hard to get any information of substance from him. He told me one thing and then told me another.  His appearance is unusual in that he is sunburned and his pupils were pinpoint.  He says he wants to be admitted and his mom says he always goes voluntarily but given his confusion and his going back and forth on the information, it seems that a TDO might be more appropriate at this time.
His mom was able to give me more information. She said he was at Tuckers in late December of 2022 but in the last couple of months he has been decompensating.  She is not sure he was taking his medications and he is having 'brain fog', is easily confused and seems to have trouble retaining things in his short term memory.  She says that in May, she came home and his girlfriend of five years had all her things packed up because he had suddenly broken up with her and told her to move out.
She says he gets very anxious and he likes to drive to soothe himself but that he has lost the car three times in the last month and this past time, he lost it in northern Virginia and they have no idea where it is. She says she drove him around for hours last night and while they were driving, he started having a conversation with someone and laughing but she couldn't understand him because he was talking with his mouth closed.  She reports too that he is restless and is not sleeping.
She also reported that she thinks he is on Kratom which may be why his pupils are pin point tonight.
At this time, he meets the TDO criteria and one will be obtained before his ECO runs out.

| | | | |
|---|---|---|---|
| **Date/Time:** | 07/06/2023  02:00PM | **Duration:** | 31 |
| **Service:** | RBHA Prescreen | **Service Status:** | ECO |
| **Delivery Method:** | Telehealth (audio/video) | | |
| **Electronically Signed by:** | Baffoe, Marian, QMHP-A, LMHP-S | | |
| **Provider OID:** | 6CFF9B491B3F48F0977D147121545F73 | | 07/06/2023 |

**Narrative:**

Received a call from Latmia  regarding  a  bed placement  for  Charles.Individual got a bed at  Tucker 3E(RM 354B)  and the attending doctor is Dr Khalon.



\\RBHA-EMRAPP20-1\reports\TCS Reports\TCS Reports & Views\PSR TDT progress note report_20180313_1.rpt    [V4]    Page 1 of 1