IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS AND MICHAEL C.
BYERS, CO-ADMINISTRATORS OF THE
ESTATE OF CHARLES M. BYERS,
DECEASED,

    Plaintiff,

v.                           Case No. 3:23-cv-00801-RCY

CITY OF RICHMOND, CHIPPENHAM &
JOHNSTON-WILLIS HOSPITALS, INC.,
STEVEN M. GIBSON, DAVID R. HYDE,
JR., AND JOHN/JANE DOE SECURITY
GUARDS (1 - 5),

    Defendant.

**JOINT MOTION TO MODIFY AMENDED PROTECTIVE ORDER FOR RECORDS**

COME NOW Plaintiffs Margaret P. Byers and Micheal C. Byers, Co-Administrators of

the Estate of Charles M. Byers, deceased ("Plaintiffs") and the City of Richmond, Chippenham

& Johnston-Willis Hospitals, Inc., Steven M. Gibson, and David R. Hyde, Jr., R.N.

("Defendants") (collectively, "Parties"), by counsel, and move this Court for an Order modifying

the Amended Protective Order for Records (ECF No. 65-1) for the reasons set forth in their

Memorandum in Support of Joint Motion to Modify Amended Protective Order for Records.

                                     **CHIPPENHAM & JOHNSTON-
                                     WILLIS HOSPITALS, INC. AND
                                     DAVID R. HYDE, JR.**

                                     By Counsel

/s/ _____
John R. Owen (VSB No. 39560)
M. Scott Fisher (VSB No. 78485)
Elizabeth O. Papoulakos (VSB No. 89468)
Haley D. Santos (VSB No. 97210)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
sfisher@hccw.com
epapoulakos@hccw.com
hsantos@hccw.com
>*Counsel for Chippenham & Johnston-Willis Hospitals, Inc.
and David R. Hyde, Jr.*

# **C E R T I F I C A T E**

I hereby certify that on the 24th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Paul McCourt Curley, Esq.
Curley Law Firm
3126 West Cary Street #243
Richmond, VA 23221
804-355-8273 - Phone
paul.curley@sixeastlaw.com
>>*Counsel for Plaintiff*

>Mark C. Nanavati, Esq.
G. Christopher Jones, Jr., Esq.
Sinnott Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, VA 23114
804-378-7600 x3316 - Phone
804-893-3866 - DD
804-378-2610 - Fax
mnanavati@snllaw.com
cjones@snllaw.com
>>*Counsel for Defendant Officer Steven M. Gibson*

Wirt P. Marks, IV, Esq.
Sharon M. Carr, Esq.
City of Richmond
900 East Broad Street, Suite 400
Richmond, VA 23219
804-646-3019 - DD
804-646-6653 - Fax
wirt.marks@rva.gov
    *Counsel for the City of Richmond*

Julie A. C. Seyfarth, Esq.
Chesterfield County Commonwealth's Attorney Office
P.O. Box 40
Chesterfield, VA 23832
804-748-1491 – Phone
804-706-2615 – Fax
seyfarth@chesterfield.gov
    *Counsel for Chesterfield County Police Department*

and I hereby certify that I have emailed the document to the above.

/s/ _____
          John R. Owen

3