# **<u>EXHIBIT A</u>**

Flash drive delivered to Court via Courier One on June 24, 2024.

Password: 12281988

Link to access video:

https://hccw.sharefile.com/d-se66910bf148342d79cd79e03c7b494c3