IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS AND MICHAEL C.
BYERS, CO-ADMINISTRATORS OF THE
ESTATE OF CHARLES M. BYERS,
DECEASED,

    Plaintiff,

v.                                                       Case No. 3:23-cv-00801-RCY

CITY OF RICHMOND, CHIPPENHAM &
JOHNSTON-WILLIS HOSPITALS, INC.,
STEVEN M. GIBSON, DAVID R. HYDE,
JR., AND JOHN/JANE DOE SECURITY
GUARDS (1 - 5),

    Defendant.

## JOINT MOTION TO FILE REDACTED CHESTERFIELD COUNTY POLICE DEPARTMENT BODY-WORN CAMERA FOOTAGE

COME NOW Plaintiffs Margaret P. Byers and Micheal C. Byers, Co-Administrators of the Estate of Charles M. Byers, deceased ("Plaintiffs") and the City of Richmond, Chippenham & Johnston-Willis Hospitals, Inc., Steven M. Gibson, and David R. Hyde, Jr., R.N. ("Defendants") (collectively, "Parties"), by counsel, and move this Court for leave to file a video exhibit in support of their Joint Motion to Modify the Amended Protective Order for Records for the reasons set forth in their Brief in Support of Joint Motion to File Redacted Chesterfield County Police Department Body-Worn Camera Footage.

                                                                                              **CHIPPENHAM & JOHNSTON-
                                                                                              WILLIS HOSPITALS, INC. AND
                                                                                              DAVID R. HYDE, JR.**

                                                                                              By Counsel

/s/ _____
John R. Owen (VSB No. 39560)
M. Scott Fisher (VSB No. 78485)
Elizabeth O. Papoulakos (VSB No. 89468)
Haley D. Santos (VSB No. 97210)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
sfisher@hccw.com
epapoulakos@hccw.com
hsantos@hccw.com
*Counsel for Chippenham & Johnston-Willis Hospitals, Inc.
and David R. Hyde, Jr.*

# **CERTIFICATE**

I hereby certify that on the 24th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Paul McCourt Curley, Esq.
Curley Law Firm
3126 West Cary Street #243
Richmond, VA 23221
804-355-8273 - Phone
paul.curley@sixeastlaw.com
*Counsel for Plaintiff*

Mark C. Nanavati, Esq.
G. Christopher Jones, Jr., Esq.
Sinnott Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, VA 23114
804-378-7600 x3316 - Phone
804-893-3866 - DD
804-378-2610 - Fax
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Defendant Officer Steven M. Gibson*

        Wirt P. Marks, IV, Esq.
        Sharon M. Carr, Esq.
        City of Richmond
        900 East Broad Street, Suite 400
        Richmond, VA 23219
        804-646-3019 - DD
        804-646-6653 - Fax
        wirt.marks@rva.gov
            *Counsel for the City of Richmond*

        Julie A. C. Seyfarth, Esq.
        Chesterfield County Commonwealth's Attorney Office
        P.O. Box 40
        Chesterfield, VA 23832
        804-748-1491 – Phone
        804-706-2615 – Fax
        seyfarth@chesterfield.gov
            *Counsel for Chesterfield County Police Department*

and I hereby certify that I have emailed the document to the above.

                                    /s/
                                    Elizabeth O. Papoulakos