IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET P. BYERS, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:23cv801 (RCY) |
| CITY OF RICHMOND, *et al.* | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to File Redacted Chesterfield County Police Department Body-Word Camera Footage ("Joint Motion for Leave," ECF No. 68). The parties seek to file with the Court the redacted version of the body-worn camera footage at issue in the parties' simultaneously pending Joint Motion to Modify Amended Protective Order for Records ("Joint Motion to Amend," ECF No. 66). The parties state that this footage is pertinent to the Court's consideration of the Joint Motion to Amend.

Having considered the parties' arguments and for good cause shown, the Court ORDERS that the parties' Joint Motion for Leave (ECF No. 68) is hereby GRANTED. The Court will consider the body-worn camera footage when assessing the parties' Joint Motion to Amend.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: June 25, 2024