IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS, *et al.*        )
    Plaintiffs,                          )
                                      )
        v.                              )        Civil Action No. 3:23cv801 (RCY)
                                      )
CITY OF RICHMOND, *et al.*         )
    Defendants.                      )
                                      )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Modify Amended Protective Order for Records ("Joint Motion to Modify," ECF No. 66). The parties seek to modify the Amended Protective Order in this matter (ECF No. 65) to permit the parties "to use the Chesterfield County Police Department [("CCPD")] body-worn camera footage, **unredacted**, for the purposes of this litigation." Mem. Supp. Joint Mot. Modify 1, ECF No. 67 (emphasis in original). The parties agree that "the ability to openly discuss the body-worn camera footage . . . during the course of this litigation will promote effective and efficiency discovery without imposing any undue burden upon the [CCPD]." *Id.* at 8.

Given the fact that the CCPD intervened the last time this body-worn camera footage was at issue in this case, the Court hereby ORDERS the CCPD to file any response it may have to the parties' Joint Motion to Modify on or by July 1, 2024. Should the CCPD fail to file a response, the Court will treat the parties' Joint Motion to Modify as unopposed.

Let the Clerk file this Order electronically and notify all counsel of record, including counsel for CCPD, accordingly.

It is so ORDERED.

                                                    /s/
                                      Roderick C. Young
Date: June 25, 2024                  United States District Judge
Richmond, Virginia