IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET P. BYERS, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:23cv801 |
| | ) |
| CITY OF RICHMOND, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING OF CONSENT ORDER

Steven M. Gibson ("Officer Gibson"), by counsel, submits the attached proposed Consent Order to the Court in response to the Plaintiffs' Motion for Leave to File Amended Complaint (ECF 75). All current parties have agreed to the entry of this Order.

WHEREFORE, Officer Gibson asks that the Court enter the proposed Order, and for such other relief as the Court deems appropriate.

STEVEN M. GIBSON

_/s/ Mark C. Nanavati_
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Steven M. Gibson*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of July, 2024, a true and accurate copy of the foregoing Opposition was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                               /s/ *Mark C. Nanavati*
                                     Mark C. Nanavati, Esq. (VSB #38709)
                                     G. Christopher Jones, Jr., Esq. (VSB #82260)
                                     SINNOTT, NUCKOLS & LOGAN, P.C.
                                     13811 Village Mill Drive
                                     Midlothian, Virginia 23114
                                     (804) 893-3866 (Nanavati)
                                     (804) 893-3864 (Jones)
                                     (804) 378-2610 (Facsimile)
                                     mnanavati@snllaw.com
                                     cjones@snllaw.com
                                     *Counsel for Steven M. Gibson*