# CERTIFICATE/LETTER OF QUALIFICATION
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

I, the duly qualified Deputy Clerk of this Court, **CERTIFY** that on **August 4, 2023**, **Margaret Popeck Byers** and **Michael Chesley Byers** qualified before the Clerk of the Circuit Court of Chesterfield County, under applicable provisions of law, as **Co-Administrators** of the estate of **Charles Michael Byers, DECEASED**, and gave bond as such in the amount of **$10,000.00** and that their powers as such are in full force and effect. Given under my hand and seal this day, August 4, 2023.

**WENDY S. HUGHES, Clerk**
By:

_____
Deputy Clerk

File #23-853
amk

FORM CC-1625 (MASTER) 10/12