## **EXHIBIT H**

Link to access video:

https://hccw.sharefile.com/d-se66910bf148342d79cd79e03c7b49c3