IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS, *et al.*,

    Plaintiffs,

v.                                                               Civil Action No.:  3:23cv801 (RCY)

CITY OF RICHMOND, *et al.*,

    Defendants.

# Exhibit 1

# Dispatch Audio

(on Thumb Drive)