IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS, *et al.*,

    Plaintiffs,

v.                                                       Civil Action No.:  3:23cv801 (RCY)

CITY OF RICHMOND, *et al.*,

    Defendants.

# Exhibit 2

# Female Officer's BWC

(on Thumb Drive)