IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS, *et al.*,

       Plaintiffs,

v.                                                                    Civil Action No.:  3:23cv801 (RCY)

CITY OF RICHMOND, *et al.*,

       Defendants.

# Exhibit 3

# Corporal Painter's BWC

(on Thumb Drive)