IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET P. BYERS, *et al.* )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>CITY OF RICHMOND, *et al.* )<br>    Defendants. )<br> ) | Civil Action No. 3:23-CV-801 (RCY) |

**ORDER**

This matter is before the Court on Defendant City of Richmond's Motion to Dismiss for Failure to State a Claim ("Motion to Dismiss") (ECF No. 25). For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS IN PART and DENIES IN PART the Motion to Dismiss. Counts I, II, and V of the Amended Complaint (ECF No. 75-1) are DISMISSED as to the City of Richmond. Counts III and IV, however, may proceed against the same.

Let the Clerk file this Order and the accompanying Memorandum Opinion electronically and notify all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: September 23, 2024