# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| **MARGARET P. BYERS** and **MICHAEL C. BYERS**, Co-Administrators of the Estate of **CHARLES M. BYERS,** Deceased**,** § § § § Plaintiffs, § § v. § § **CITY OF RICHMOND,** § **CHIPPENHAM & JOHNSTON-WILLIS** § **HOSPITALS, INC.,** § **STEVEN M. GIBSON,** § **DAVID R. HYDE, JR.,** § **JOHN / JANE DOE SECURITY GUARDS (1-5),** § **CHESTERFIELD COUNTY,** § **GORDON J. PAINTER,** § § Defendants. § | Civil Action No.: 3:23-cv-00801-RCY |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS – CHESTERFIELD COUNTY

COME NOW the plaintiffs, Margaret P. Byers and Michael C. Byers, Co-Administrators of the Estate of Charles M. Byers, Deceased, by counsel and pursuant to Fed. R. Civ. P. 6, and hereby move for a two-day extension of time to file their response to the motion to dismiss filed herein by the defendant, Chesterfield County, and state in support thereof as follows:

1. The plaintiffs respectfully request that the Court grant a two-day extension of time until September 25, 2024 to file their response to the motion to dismiss filed herein by the defendant, Chesterfield County.

2. On September 9, 2024 the County of Chesterfield filed its Motion to Dismiss. On the same day the defendant, Officer Painter, filed his Motion to Dismiss. Plaintiffs' responses to both

were due on September 23, 2024.

3. Plaintiffs' counsel is diligently working on the response to Chesterfield County's Motion to Dismiss and attempted to complete the response by September 23, 2024 but was unable to complete both the plaintiffs' response to Officer Painter's Motion to Dismiss, which was timely filed, and the plaintiffs' response to the Chesterfield County's Motion to Dismiss by the same day. While Plaintiffs' counsel believed in good faith that the responses could be completed by the same day, each Motion and Memorandum involves complex issues that required more time than Plaintiffs' counsel anticipated. In hindsight, Plaintiffs' counsel should have requested an extension of time immediately upon receiving both motions and memoranda or at least requested an extension of time to file one of the responses, to stagger the responses.

4. Good cause exists to grant the extension and the defendant, Chesterfield County, will not be prejudiced by such an extension. Plaintiffs' counsel has not reached out to Chesterfield County to request its consent to an extension, but plaintiffs' counsel will do so during business hours.

5. For these reasons, the plaintiffs respectfully submit that there is good cause to grant the extension until September 25, 2024 to respond to the motion to dismiss filed herein by the defendant, Chesterfield County.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion for Extension of Time to Respond to the Motion to Dismiss filed herein by the defendant, Chesterfield County; and grant all other just and equitable relief.

                                                       **MARGARET P. BYERS** and **MICHAEL C. BYERS**, Co-Administrators of the Estate of **CHARLES M. BYERS,** Deceased**,**

                                                       BY:   /s/ Paul McCourt Curley
                                                                                 Counsel

Paul McCourt Curley, Esq. VSB No. 43794
SIX EAST LAW GROUP –
CURLEY LAW FIRM, PLLC
6 East Broad Street
Richmond, Virginia 23219
Telephone: (804) 355-8273
E-Mail: paul.curley@sixeastlaw.com
www.sixeastlaw.com
 *Counsel for Plaintiffs*

## CERTIFICATE

      I hereby certify that on the 24th day of September 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                          /s/ Paul McCourt Curley