IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET BYERS, *et al.* )<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>CITY OF RICHMOND, *et al.* )<br>    Defendants. )<br>) | Civil Action No. 3:23CV801 (RCY) |

**ORDER**

This matter is before the Court on the Plaintiffs' Motion for Extension of Time to Respond to Motion to Dismiss (ECF No. 96) ("Motion"). Plaintiffs have requested a two-day extension to respond to Defendant Chesterfield County's Motion to Dismiss.

For good cause shown, the Court hereby GRANTS the Motion (ECF No. 96). The Plaintiffs are DIRECTED to file any response to Defendant Chesterfield County's Motion to Dismiss on or before September 25, 2024.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                          /s/ *RCY*
                                    Roderick C. Young
                                    United States District Judge

Date: September 24, 2023
Richmond, Virginia