IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS, et al.,                    )
                                              )
                    Plaintiffs,               )
                                              )
v.                                            )          Civil Action No. 3:23cv801
                                              )
CITY OF RICHMOND, et al.,                     )
                                              )
                    Defendants.               )

## NOTICE OF SETTLEMENT

Steven M. Gibson, by counsel, hereby notifies the Court that the Plaintiffs have reached a

settlement in the above-captioned action with Defendants Steven M. Gibson and the City of

Richmond. The Plaintiffs, Steven M. Gibson and the City of Richmond are currently collaborating

to finalize and execute a formal settlement agreement on or before January 24, 2025 and will then

file a Stipulation of Dismissal with Prejudice of all claims and causes of action against Steven M.

Gibson and the City of Richmond within ten days thereafter.

STEVEN M. GIBSON

_____/s/ *Mark C. Nanavati*_____
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)

1

mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Steven M. Gibson*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of January 2025, a true and accurate copy of the

foregoing Notice was filed with the Clerk of Court using the CM/ECF system, which will send a

notification of such filing to all counsel of record.

/s/ *Mark C. Nanavati*

Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Steven M. Gibson*

2