IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARGARET P. BYERS AND MICHAEL C.
BYERS, CO-ADMINISTRATORS OF THE
ESTATE OF CHARLES M. BYERS,
DECEASED,

   Plaintiff,

v.                                                  Case No. 3:23-cv-00801-RCY

CITY OF RICHMOND, ET AL.,

   Defendants.

## NOTICE OF RESOLUTION

Chippenham & Johnston-Willis Hospitals, Inc. and David R. Hyde, R.N., by counsel, hereby notify the Court that the Plaintiffs have reached a resolution in the above-captioned action with Defendants Chippenham & Johnston-Willis Hospitals, Inc., David R. Hyde, R.N., and John Doe Security Guards 1-5. The Plaintiffs, Chippenham & Johnston-Willis Hospitals, Inc., and David R. Hyde, R.N. are currently collaborating to finalize and execute a formal agreement on or before January 31, 2025 and will then file a Stipulation of Dismissal with Prejudice of all claims and causes of action against Chippenham & Johnston-Willis Hospitals, Inc., David R. Hyde, R.N., and John Doe Security Guards 1-5 within ten days thereafter.

                                                        **CHIPPENHAM & JOHNSTON-
WILLIS HOSPITALS, INC. AND
DAVID R. HYDE, R.N.**

                                                        By Counsel

/s/
John R. Owen (VSB No. 39560)
Elizabeth O. Papoulakos (VSB No. 89468)
Haley D. Santos (VSB No. 97210)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jowen@hccw.com
epapoulakos@hccw.com
hsantos@hccw.com

## **C E R T I F I C A T E**

     I hereby certify that on the _____ day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

2