IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET P. BYERS, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF RICHMOND, *et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 3:23CV801 (RCY)<br>)<br>)<br>)<br>) |

**ORDER**

　　This matter is before the Court on Defendant Chesterfield County's ('the County") Motion to Stay Proceedings (ECF No. 146). On January 15, 2025, Defendant Officer Painter appealed this Court's previous order (ECF No. 140) to the United States Court of Appeals for the Fourth Circuit. In the instant Motion, Defendant Chesterfield County requests that this Court stay all proceedings regarding the County until the pending appeal is resolved.

　　The taking of an appeal divests a district court of jurisdiction over the matter. *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982) (per curiam); *In re Grand Jury Proceedings Under Seal*, 947 F.2d 1188, 1190 (4th Cir. 1991). In other words, an appeal "automatic[ally] stay[s] district court proceedings that relate to any aspect of the case involved in the appeal." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 743–44 (2023).

　　Here, Plaintiffs' dispute with the County and their dispute with Officer Painter are substantially related, given that Plaintiffs' action against the County is partially predicated upon Officer Painter's alleged constitutional violation. As such, all proceedings regarding the County were automatically stayed on January 15, 2025. *Id.*

By virtue of the appeal, the County's request for relief is moot. However, for the sake of clarity, the Court GRANTS the Motion (ECF No. 146). All proceedings in this Court regarding the County are STAYED pending the resolution of the appeal.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ *RCY*
Roderick C. Young
United States District Judge

Date: January 23, 2025
Richmond, Virginia