IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET P. BYERS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:23cv801 |
| ) | |
| CITY OF RICHMOND, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs and the Defendants Steven M. Gibson and the City of Richmond, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE as it relates to Defendants Steven M. Gibson and the City of Richmond, only. The Plaintiffs, Steven M. Gibson and the City of Richmond further agree each will bear its own attorneys' fees, expenses and costs and that none of the parties will be deemed a prevailing party.

Respectfully submitted,

MARGARET P. BYERS and MICHAEL C. BYERS, Co-Administrators of the Estate of CHARLES M. BYERS, Deceased

/s/ *Paul McCourt Curley*
Paul McCourt Curley, Esq. VSB No. 43794
SIX EAST LAW GROUP –
CURLEY LAW FIRM, PLLC
6 East Broad Street
Richmond, Virginia 23219
Telephone: (804) 355-8273
E-Mail: paul.curley@sixeastlaw.com
www.sixeastlaw.com
Counsel for Plaintiffs

STEVEN M. GIBSON


      /s/ *Mark C. Nanavati*
Mark C. Nanavati, Esq. (VSB #38709)
G. Christopher Jones, Jr., Esq. (VSB #82260)
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
(804) 893-3866 (Nanavati)
(804) 893-3864 (Jones)
(804) 378-2610 (Facsimile)
mnanavati@snllaw.com
cjones@snllaw.com
*Counsel for Steven M. Gibson*

CITY OF RICHMOND


  */s/ Wirt P. Marks*
Wirt P. Marks, Esquire (VSB# 36770)
Assistant City Attorney
Room 400 City Hall
900 East Broad Street
Richmond, Virginia 23219
(804) 646-3019
(804) 646-7939 (fax)
Wirt.Marks@richmondgov.com
*Counsel for the Defendant City of Richmond*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 31st day of January, 2025, a true and accurate copy of the foregoing Stipulation of Dismissal was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

       /s/ *Paul McCourt Curley*
Paul McCourt Curley, Esq. VSB No. 43794
SIX EAST LAW GROUP –
CURLEY LAW FIRM, PLLC
6 East Broad Street
Richmond, Virginia 23219
Telephone: (804) 355-8273
E-Mail: paul.curley@sixeastlaw.com
www.sixeastlaw.com
Counsel for Plaintiffs