IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MARGARET P. BYERS, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, *et al.*,<br>    Defendants. | Civil Action No. 3:23CV801 (RCY) |

**ORDER**

    This matter is before the Court on the parties' Stipulation of Dismissal (ECF No. 149). The filing parties stipulate to the dismissal of the action as it relates to Defendants Steven M. Gibson and the City of Richmond, pursuant to Federal Rule of Civil Procedure 41. Finding the terms of the stipulation proper, the Court hereby ACCEPTS the Stipulation of Dismissal and ORDERS that Plaintiffs' action against Defendants Steven M. Gibson and the City of Richmond is hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees, expenses and costs, and with none of the parties deemed a prevailing party.

    The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

    It is so ORDERED.

/s/ *RCY*
Roderick C. Young
United States District Judge

Date: February 3, 2025
Richmond, Virginia